**FEDERAL HOME LOAN MORTGAGE CORPORATION, Plaintiff–Appellee,**

v.

**Cynthia G. LAMAR, Defendant–Appellant,**

**Cynthia G. Lamar, Plaintiff–Appellant,**

v.

**Lerner, Sampson & Rothfuss, L.P.A., Defendant–Appellee.**

No. 06–4670.

United States Court of Appeals, Sixth Circuit.

Sept. 28, 2007.

Before: SUTTON and McKEAGUE, Circuit Judges; and FORESTER, District Judge.*

* The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

**406**

PER CURIAM.

Cynthia G. Lamar appeals the district court's grant of summary judgment in favor of Lerner, Sampson & Rothfuss, L.P.A., rejecting her claim that the Lerner law firm violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, when it included the notice required under the Act with the summons and complaint that it served on her. A recent decision by another panel of our court, *see Federal Home Loan Mortgage Corp. v. Lamar*, 503 F.3d 504 (6th Cir.2007), governs this appeal. Save for the fact that the earlier case involved a different mortgage from the one at issue here, it parallels this case in every other material respect: It involves the same primary parties, the same key facts, the same complaints and the same defenses. *See* JA 75 (district court stating that "the claims raised here are identical to those raised [in Case No. 06–4335]"); *id.* at 117 n. 1 (Lamar acknowledging that the two cases present "identical issues"). In the earlier case, our court affirmed the district court's grant of summary judgment for LS & R, concluding that "LS & R effectively conveyed notice of Lamar's right to dispute the validity of her debt." *Lamar*, 503 F.3d at 506. Because that panel's decision was filed prior to this opinion, we are bound by it. *See Salmi v. Sec'y of Health & Human Servs.*, 774 F.2d 685, 689 (6th Cir.1985). Accordingly, for the reasons set forth in that panel's opinion, we affirm.